Opinion by Johnson, J.   An examination of the official record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

MARCH 22, 1955

No. 58879.—W. R. Grace & Co. v. United States, protest 233635–K.—

Plaintiff's application for rehearing granted.

MARCH 23, 1955

No. 58880.—Suit 4833.—United States v. A. S. Gold & Bro., Inc.—

MARCH 24, 1955

No. 58881.—Suit 4810.—Intra-Mar Transport Corporation, formerly Gondrand Transport Corporation v. United States.— —C. D 1585 affirmed December 21, 1954.   C. A. D. 578.

BEFORE THE FIRST DIVISION, MARCH 31, 1955

No. 58882.—I. B. Cohen & Sons Corp. v. United States, protest 240766–K (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of harmonicas the same in all material respects as those the subject of Abstract 47121, the claim of the plaintiff was sustained.

No. 58883.—R. H. Macy & Co., Inc. v. United States, protests 232587–K and 230907–K (New York):

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of wooden hot pad mats or coasters the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.